**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6257**

———————

In Re:  BRIAN DOYLE,

Petitioner.

———————

On Petition for Writ of Mandamus.  (CA-04-22255-6-26AK)

———————

Submitted:  June 20, 2005                 Decided:  July 6, 2005

———————

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Brian Doyle, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.  See Local Rule 36(c).

PER CURIAM:

Brian Doyle petitions for writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2000) petition. He seeks an order from this court directing the district court to act. Doyle has been transferred to the Community Corrections Center, so he has received the relief requested in his § 2241 petition. Moreover, we find there has been no undue delay in the district court. Accordingly, we deny Doyle's petition for mandamus relief. We deny Doyle's motion to be placed on home confinement. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED